W. E. WOODRUFF *v.* CITY OF LOUISVILLE.

**Licenses—Occupation Tax.**

An occupation tax on attorneys at law, which is not shown to be disproportionate to that borne by tradesmen and professional men generally for the same purpose is a legal exercise of the taxation power.

APPEAL FROM JEFFERSON CIRCUIT COURT.

April 19, 1872.

OPINION BY JUDGE HARDIN:

The exaction of the license fee complained of in this case must, in our opinion, be regarded as merely the imposition of a tax on the particular occupation or business of an attorney at law, as like taxes are imposed on other lucrative pursuits, for various purposes; and, as the burden thus imposed on the appellant is not shown to have been disproportionate or unequal to those borne by tradesmen and professional men generally, for the same purpose, we can not regard it as an unauthorized taking of private property for public use; but we concur with the court below that it was a legal and proper exercise of the taxing power.

Wherefore the judgment is *affirmed*.

*Brown, for appellant.*

*T. L. Burnett, for appellee.*